IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>MILDRED DEPENA,<br>    Defendant,<br><br>and<br><br>PERSONAL HOME CARE OF NC, LLC,<br>    Garnishee. | CASE NO. DNCW3:11CR75-7<br>(Financial Litigation Unit) |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Dismissal Of Writ Of Continuing Garnishment" (Document No. 242) filed April 12, 2019.

Upon motion of the United States, for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against Defendant Mildred Depena is **DISMISSED**.

Signed: April 15, 2019

David C. Keesler
United States Magistrate Judge